JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| IRMA HERNANDEZ, *et al*, | Case No. 5:23-cv-00144-AB-SP |
|---|---|
| Plaintiff, | **ORDER DISMISSING CIVIL ACTION** |
| v. | |
| NISSAN NORTH AMERICA, Inc., *et al*, | |
| Defendant. | |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  June 7, 2023

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.